UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                              Chapter 13
    Charnae V Siebert                              Bankruptcy No.25-14754-AMC


    Debtor

OBJECTION OF CHAPTER 13 TRUSTEE
TO CONFIRMATION OF PLAN OF DEBTOR

    **AND NOW** comes Scott F. Waterman, Esq., Standing Chapter 13 Trustee, to object to confirmation of the chapter 13 plan of the Debtor, because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or Debtor has failed to provide information, evidence, or corrections to the petition, schedules, statements, or other documents filed by Debtor to enable the standing trustee to evaluate the Plan for confirmation, as follows:

    The Plan is underfunded in that the total filed proofs of claim which are to be paid through the Plan exceed the value of the Plan.

    **WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.


Respectfully submitted,

*/s/ Scott F. Waterman*

Scott F. Waterman, Esquire
Chapter 13 Standing Trustee